Andrew D. Wright, #8857
STRONG & HANNI, P.C.
9350 South 150 East, Suite 500
Sandy, UT 84070
Telephone: (801) 532-7080
Facsimile: (801) 596-1508
awright@strongandhanni.com
*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, subscribing to Policy No. SUAWS20374-2506, AND MARKEL INTERNATIONAL INSURANCE COMPANY LIMITED<br><br>Plaintiffs<br><br>v.<br><br>ENIUM CAPITAL GROUP LLC, a Utah limited liability company; GARY SCHMEICHEL, an individual; JACK ELDRIDGE, an individual; GARY AQUILLA, an individual; MATT LYONS, an individual; and CAMI CASTELLANOS, an individual,<br><br>Defendants. | **JOINT MOTION TO ENTER STIPULATED JUDGMENT**<br><br>Case No. 2:26-CV-00446-DAO<br><br>Magistrate Judge: Daphne A. Oberg |

The above-referenced parties, by and through counsel, hereby jointly move the Court to enter a Stipulated Judgment. The parties have engaged in settlement negotiations and have entered into a Stipulation which fully resolves the dispute between them. (*See* Stipulation, Ex. 1.) Accordingly, the parties jointly request that the Court execute the proposed Stipulated Judgment attached hereto as Exhibit 2, and submitted separately to chambers. The form and substance of the Stipulated Judgment has been agreed to by all parties.

Dated this 21st day of May, 2026.

STRONG & HANNI

/s/ Andrew D. Wright

Andrew D. Wright
*Attorneys for Plaintiffs*

Dated this 21st day of May, 2026.

RAY QUINNEY & NEBEKER P.C.

/s/ Austin C. Nate w/permission

Austin C. Nate
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of May, 2026, a true and correct copy of the foregoing was served by the method indicated below, to the following:

| | | |
|---|---|---|
| Austin C. Nate | [ ] | U.S. Mail, Postage Prepaid |
| Ray Quinney & Nebeker | [ ] | Hand Delivered |
| 36 South State Street, Suite 1400 | [ ] | Email |
| PO Box 45385 | [ ] | Facsimile |
| Salt Lake City, UT 84145-0385 | [X] | CM/ECF |
| anate@rqn.com | | |
| *Attorneys for Defendants* | | |

/s/ Heidi McEwen