# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, subscribing to Policy No. SUAWS20374-2506, AND MARKEL INTERNATIONAL INSURANCE COMPANY LIMITED<br><br>Plaintiffs<br><br>v.<br><br>ENIUM CAPITAL GROUP LLC, a Utah limited liability company; GARY SCHMEICHEL, an individual; JACK ELDRIDGE, an individual; GARY AQUILLA, an individual; MATT LYONS, an individual; and CAMI CASTELLANOS, an individual,<br><br>Defendants. | Case No. |

**STIPULATION**

Plaintiffs, Those Certain Underwriters at Lloyd's, London subscribing to Policy No. SUAWS20374-2506 and Markel International Insurance Company Limited (collectively, "Plaintiffs"), on the one hand, and Defendants Enium Capital Group LLC, Gary Schmeichel, Jack Eldridge, Gary Aquilla, Matt Lyons, and Cami Castellanos (collectively, "Defendants"), on the other hand, who are all collectively referred to herein as the "Parties," hereby stipulate as follows:

1. By mutual agreement of the Parties, Enium Capital Group, LLC ("Enium") is deemed to have sold to Plaintiffs, and Plaintiffs are deemed to own, that certain policy of Professional Services Liability Insurance issued by Plaintiffs to Enium for the Policy Period February 11, 2025 to February 11, 2026, Policy No. SUAWS20374-2506 (the "Policy"), free and clear of all interests or claims of any person or entity, whomsoever or whatsoever;

2. Plaintiffs do now owe Enium, or any other "**INSURED**" under the Policy, any duty or obligation to defend or indemnify them against any past, present, or future claims, demands, or suits, including, without limitation, the lawsuits captioned *True Sky Federal Credit Union v. Enium Capital Group LLC, et al.*, Case No. 250200029, in the Business and Chancery Court for the State of Utah (the "True Sky Lawsuit") and *Barajas-Alvarez, et al. v. Titanium Solar, LLC, et al.*, Case No. 25AVCV00545, in the Superior Court for the State of California, County of Los Angeles (the "Barajas-Alvarez Lawsuit"); and

3. The United States District Court for the District of Utah is authorized to retain jurisdiction of this Declaratory Judgment action for purposes of enforcing compliance with the terms of, and to adjudicate any other dispute arising out of or in connection with, the Parties' settlement agreement pursuant to which this Stipulation has been executed and the stipulated judgment to be filed with the Court pursuant to Section 3.08 of the Parties' settlement agreement.

Dated May ___, 2026.

SO STIPULATED AND AGREED,

**Those Certain Underwriters at Lloyd's, London subscribing to Policy No. SUAWS20374-2506 and Markel International Insurance Company Limited**

By: ______________________

Name: Douglas R Garmager

Their: Attorney + Designated Representative

**Enium Capital Group, Gary Schmeichel, Jack Eldridge, Gary Aquilla, Matt Lyons, and Cami Castellanos**

By: ______________________

Name: Nathaniel French

Their: Attorney