IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, subscribing to Policy No. SUAWS20374-2506, AND MARKEL INTERNATIONAL INSURANCE COMPANY LIMITED,<br><br>Plaintiffs, | **JUDGMENT** |
| v. | Case No. 2:26-cv-446 |
| ENIUM CAPITAL GROUP LLC, a Utah limited liability company; GARY SCHMEICHEL, an individual; JACK ELDRIDGE, an individual; GARY AQUILLA, an individual; MATT LYONS, an individual; and CAMI CASTELLANOS, an individual,<br><br>Defendants. | Judge Tena Campbell<br>Magistrate Judge Daphne A. Oberg |

This matter is before the court on the Agreed Motion for Entry of Stipulated Judgment filed by Plaintiffs, Those Certain Underwriters at Lloyd's, London subscribing to Policy No. SUAWS20374-2506 and Markel International Insurance Company Limited ("Markel") (collectively, "Plaintiffs"), and Defendants, Enium Capital Group LLC, Gary Schmeichel, Jack Eldridge, Gary Aquilla, Matt Lyons, and Cami Castellanos (collectively, "Defendants"). Plaintiffs and Defendants have settled this matter and have entered into a written settlement agreement providing for the filing of the stipulation that has been attached in support of this motion as well as the entry of this stipulated judgment. Accordingly, for the reasons stated by

the parties in their joint motion and stipulation, and for cause shown, the court hereby enters the following order and judgment:

**IT IS ORDERED, ADJUSTED, AND DECREED** that:

1. By mutual agreement of the Parties, Defendant Enium Capital Group, LLC ("Enium") is deemed to have sold to Plaintiffs, and Plaintiffs are deemed to own, that certain policy of Professional Services Liability Insurance issued by Plaintiffs to Enium for the Policy Period February 11, 2025 to February 11, 2026, Policy No. SUAWS20374-2506 (the "Policy"), free and clear of all interests or claims of any person or entity, whomsoever or whatsoever;

2. Plaintiffs do now owe Enium, or any other "INSURED" under the Policy, any duty or obligation to defend or indemnify them against any past, present, or future claims, demands, or suits, including, without limitation, the lawsuits captioned True Sky Federal Credit Union v. Enium Capital Group LLC, et al., Case No. 250200029, in the Business and Chancery Court for the State of Utah (the "True Sky Lawsuit") and Barajas-Alvarez, et al. v. Titanium Solar, LLC, et al., Case No. 25AVCV00545, in the Superior Court for the State of California, County of Los Angeles (the "Barajas-Alvarez Lawsuit"); and

3. This Court shall retain jurisdiction of this Declaratory Judgment action for purposes of enforcing compliance with the terms of, and to adjudicate any other dispute arising out of or in connection with, the Parties' settlement agreement and this stipulated judgment and order.

DATED this 21st day of May, 2026.

BY THE COURT:

Tena Campbell

Tena Campbell
United States District Judge